**Order entered February 15, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00592-CR**

**THE STATE OF TEXAS, Appellant**

**V.**

**RUBEN A. LARAALVARADO, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-61117-U**

**ORDER**

The clerk's record filed in this appeal is defective. Many of the entries in the index of the clerk's record do not contain the page number for the listed document. Some of the entries that do list a page number are incorrect.

The Texas Rules of Appellate Procedure, Appendix C, Rule 1.1(i) requires the clerk to "prepare and include after the front cover of the clerk's record a detailed table of contents identifying each document in the entire record (including sealed documents), the date each document was filed, and, except for sealed

documents, *the page on which each document begins*." TEX. R. APP. P., App. C., R. 1.1(i) (emphasis added).

Because the clerk's record for this appeal does not contain an index or table of contents that complies with the rule, we **STRIKE** the clerk's record filed in this appeal, and we **ORDER** Felicia Pitre, Dallas County District Clerk, to file within **FIFTEEN DAYS** from the date of this order the clerk's record for this appeal that complies with the Texas Rules of Appellate Procedure. (The clerk's record for the companion case, court of appeals cause no. 05-22-00593-CR, trial court cause no. F20-61118-U, appears to comply with the rule regarding table of contents.)

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE